O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAC DEVELOPMENT, INC., <br><br> Plaintiff, <br> v. <br> JAQUELINE BADIO, GREGORIO FRANCIS, and DOES 1–10, <br><br> Defendants. | Case No. 2:13-cv-05739-ODW(AJWx) <br><br> **ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** |

On August 8, 2013, Defendant Gregorio Francis removed this seemingly routine unlawful-detainer matter to this Court. The Court **REMANDS** this case for lack of subject-matter jurisdiction.

Removal was improper here because Plaintiff's unlawful-detainer Complaint does not competently allege facts creating subject-matter jurisdiction. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp. v. Allapatah Servs., Inc.*, 545 U.S. 546, 563 (2005). First, this unlawful-detainer action does not give rise to a federal question. *Galileo Fin. v. Miin Sun Park*, No. 09-1660, 2009 WL 3157411, at *1 (C.D. Cal. Sept. 24, 2009) ("Here, the complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law. Thus, from the face of the complaint, it is clear that no basis for federal question jurisdiction exists."); *see also Hunter v. Philip Morris USA*, 582 F.3d 1039, 1042–43 (9th Cir. 2009) ("It is settled law that a case

may not be removed to federal court on the basis of a federal defense." (internal quotation marks omitted)). Second, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b); *Evans v. Superior Court*, 67 Cal. App. 3d 162, 170 (1977) (noting that only possession—not title—is at issue in an unlawful-detainer action). And even if the amount in controversy were met, Defendant resides in the forum state, so he cannot properly remove this action. 28 U.S.C. § 1441(b).

The Court therefore **REMANDS** this action to the Superior Court of California, Los Angeles County, 300 East Walnut Street, Pasadena, California 91101, case number 13P02233. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

August 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**